UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNA TONER,

    Plaintiffs,

v                                                      Civil Case No. 12-CV-15444
                                                      HON. MARK A. GOLDSMITH

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,

    Defendant.
_____/

## ORDER OF ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY

      The parties have informed the Court that Defendant New England Compounding Pharmacy, Inc. has filed for bankruptcy protection under Chapter 11. Accordingly, this matter is stayed pursuant to 11 U.S.C. § 362(a)(1). Because the stay may be in effect for a substantial period of time, the Court concludes that there is no reason for the case to remain active and, accordingly, instructs the Clerk of Court to administratively close the case for statistical purposes only. Nothing contained in this order shall be considered a disposition on the merits; should further proceedings become necessary or desirable, any party may move to reopen the case at an appropriate time after termination of the automatic stay.

      SO ORDERED.

Dated: January 3, 2013                                    s/Mark A. Goldsmith
       Flint, Michigan                                       MARK A. GOLDSMITH
                                                            United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 3, 2013.

                                                                  s/Deborah J. Goltz
                                                                  DEBORAH J. GOLTZ
                                                                  Case Manager